JACOB KOCAK et al., Respondents, *v.* METROPOLITAN LIFE INSURANCE COMPANY, Appellant.

(Argued October 16, 1933; decided November 21, 1933.)

*Israel T. Deyo* and *Charles W. Turner* for appellant.
*A. E. Gold* for respondents.

Order affirmed, with costs. First question certified answered in the negative. Second question certified answered in the affirmative. No opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN, HUBBS and CROUCH, JJ.